| FORM B1 | United States Bankruptcy Court<br>NORTHERN DISTRICT OF CALIFORNIA | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>HALL, LISA | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>HICKS, BOYKINS | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. N./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): 9848 | Last four digits of Soc. Sec. N./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>667 46TH ST<br>OAKLAND CA 94609 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    ALAMEDA | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- [x] Debtor has been domiciled or has had a residence, principle place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

- [x] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

- [x] Full Filing Fee Attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the courts's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditor

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): LISA HALL |
|---|---|

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed: | NONE | Case Number: | Date Filed: |
|---|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
  Signature of Attorney for Debtor(s)

_____
Print Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Security Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
  Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health of safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 USC § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
  Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6 - Cont.
(12/03)

**In re** LISA HALL                             Case No. _____
          Debtor                                                     **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules consisting of _____ 20 _____
sheets, and that they are true and correct to the best of my knowledge, information and belief.     *(Total shown on summary page plus 1.)*

Date _____            Signature: _____
                                                      Debtor

Date _____            Signature: _____
                                               (Joint Debtor, if any)
                                             *[If joint case, both spouses must sign.]*

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTY PETITION PREPARER (Sec. 11 U.S.C. §110)**

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.
                                                    (Required by 11 U.S.C. §110(c).)
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____        _____
    Signature of Bankruptcy Petition Preparer                Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
sheets, and that they are true and correct to the best of my knowledge, information and belief.     *(Total shown on summary page plus 1.)*

Date _____           Signature _____
                                               _____
                                               [Print or type the name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re   LISA HALL                                              Case No. _____
   **Debtor**                                                            (if known)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

a.  Property to be Surrendered

      NONE

Date: _____

                                       Signature of Debtor

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PREPARER  (Sec. 11 U.S.C. 110)**
Continued on next page

**In re** LISA HALL                                                      Case No. _____
_____                                                          **(If known)**
**Debtor**

## CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (Sec. 11 U.S.C. §110)

### Chapter 7 Individual Debtor's Statement of Intention

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                                                                    (Required by 11 U.S.C. § 110(c).)
_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                    _____
Signature of Bankruptcy Petition Preparer                              Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

------------------------------------------------------------------------------------------------

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re  LISA HALL
**Debtor**

Case No. _____
(If known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceeding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agents of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None
☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calender year to the date this case was commenced. State also the gross amounts during the **two years** immediately preceding this calender year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal year rather than a calender year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or unless the spouses are separated and a joint petition chapter 13 must state income of both spouses whether or not a joint petition is filed, is not filed.)

~~Debtor~~

| AMOUNT | SOURCE (if more than one) | |
|---|---|---|
| NONE | N/A | 2003 |
| NONE | N/A | 2004 |
| NONE | N/A | 2005 |

## 2. Income other than from employment or operation of business

None



State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**Debtor**

| AMOUNT | SOURCE | |
|--------|--------|------|
| NONE | N/A | 2003 |
| NONE | N/A | 2004 |
| NONE | N/A | 2005 |

## 3. Payments to creditors

None

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|



None

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☑

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORCLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None**  ☑  b. List all property which has been in the hands of a custodian, receiver or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |
| | | | |

---

**7. Gifts**

**None**  ☑  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| | | | |

---

**8. Losses**

**None**  ☑  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| | | |

**9. Payments related to debt counseling or bankruptcy**

None ☑ List all payments made or property transferred by or on behalf of debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes and depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None

☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated **and a joint petition is not filed.**)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| | | |

---

**14. Property held for another person**

None

☑ List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| | | |

---

**15. Prior address of debtor**

None

☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| | | |

### 16. Spouses and Former Spouses

None


If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None


(a) List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

(b) List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None (c) List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law
☑ with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a
party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

___

18. Nature, location and name of business

None (a) If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of businesses, and
☑ beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive
of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately
preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
of the voting or equity securities, within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINES | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None (b) Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in
☑ 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor
who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer,
director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other
than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within
the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly
to the signature page.)*

## 19. Books, records and financial statements

None     (a) List all bookkeepers and accountants who within the  two years  immediately preceeding the filing of this
☑   bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

     NAME AND ADDRESS                            DATES SERVICES RENDERED

None     (b) List all firms or individuals who within the  two years  immediately preceeding the filing of this bankruptcy case
☑   have audited the books of account and records, or prepared a financial statement of the debtor.

     NAME                      ADDRESS                  DATES SERVICES RENDERED

None     (c) List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
☑   and records of the debtor. If any of the books of account and records are not available, explain.

     NAME                                        ADDRESS

None     (d) List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial
☑   statement was issued within the  two years   immediately preceding the commencement of this case by the debtor.

     NAME AND ADDRESS                            DATE ISSUED

## 20. Inventories

None     (a) List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☑   of each inventory, and the dollar amount and basis of each inventory.

     DATE OF INVENTORY             INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None (b) List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☑

DATE OF INVENTORY                                    NAME AND ADDRESS OF CUSTODIAN
                                                     OF INVENTORY RECORDS

---

**21. Current Partners, Officers, Directors and Shareholders**

None (a) If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

NAME AND ADDRESS              NATURE OF INTEREST        PERCENTAGE OF INTEREST

---

None (b) If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly
☑ owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS              TITLE                     NATURE AND PERCENTAGE
                                                        OF STOCK OWNERSHIP

---

**22. Former partners, officers, directors and shareholders**

None (a) If the debtor is a partnership, list each member who withdrew from the partnership within  **one year**  immediately
☑ preceding the commencement of this case.

NAME                          ADDRESS                   DATES OF WITHDRAWAL

---

None (b) If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within
☑ **one year**  immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                     DATE OF TERMINATION

**23. Withdrawals from a partnership or distribution by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including
☑    compensation in any form, bonuses, loans, stock redemptions, option exercised and any other perquisite during **one year**
immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
☑    any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period**
immediately preceeding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which
☑    the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately
preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

* * * * * *

[If completed by an individual or individual...]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any ......... thereto and that they are true and correct.

Date _____        Signature _____
                                              of Debtor

Date _____        Signature _____
                                              of Joint Debtor
                                              (if any)

_____

*[If completed by on behalf of a corporation]*

....are under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments .......... items ............. that they are true and correct to the best of my knowledge, information and belief.

Date _____        Signature _____

                                              _____
                                              Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

_____

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (Sec. 11 U.S.C. §110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____            _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                             (Required by 11 U.S.C. §110(c).)
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____            _____
  Signature of Bankruptcy Petition Preparer                      Date

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.**

Form B6-Cont.
(6/90)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re  LISA HALL

Debtor

Case No. _____
(If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 4 | $ 200.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 33123.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1600.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 1520.00 |
| Total Number of Sheets of ALL Schedules ➤ | | 19 | | | |
| Total Assets ➤ | | | $ 200.00 | | |
| Total Liabilities ➤ | | | | $ 33123.00 | |

In re  LISA HALL                                                                Case No. _____
    **Debtor**                                                                                            **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Desciption and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedue D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint or Comm- unity | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total ➤ | | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re  LISA HALL                                          Case No. _____
        Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the the amount of any exemptions claimed only in Schedue C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint or Comm-unity | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1  Cash on hand. | X | | | 0.00 |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | 0.00 |
| 3  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | 0.00 |
| 4  Household goods and furnishings, including audio, video, and computer equipment. | | ABOUT ME RESIDENCE | | 200.00 |
| 5  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | 0.00 |
| 6  Wearing apparel. | X | | | 0.00 |
| 7  Furs and jewelry. | X | | | 0.00 |
| 8  Firearms and sports, photographic, and other hobby equipment. | X | | | 0.00 |

In re  LISA HALL                                    Case No. _____
      Debtor                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint or Community | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | 0.00 |
| 10  Annuities. Itemize and name each issuer. | X | | | 0.00 |
| 11  Interests in IRA, ERISA, keogh, or other pension or profit sharing plans. Itemize. | X | | | 0.00 |
| 12  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | 0.00 |
| 13  Interests in partnerships or joint ventures. Itemize. | X | | | 0.00 |
| 14  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | 0.00 |
| 15  Accounts receivable. | X | | | 0.00 |
| 16  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | 0.00 |
| 17  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | 0.00 |
| 18  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | 0.00 |
| 19  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | 0.00 |

In re  LISA HALL                                                    Case No. _____
    Debtor                                                                    **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint or Comm-unity | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | 0.00 |
| 21  Patents, copyrights, and other intelectual property. Give particulars. | X | | | 0.00 |
| 22  Licenses, franchises, and other general intangibles. Give particulars. | X | | | 0.00 |
| 23  Automobiles, trucks, trailers, and other vehicles and accessories | X | | | 0.00 |
| 24  Boats, motors, and accessories. | X | | | 0.00 |
| 25  Aircraft and accessories. | X | | | 0.00 |
| 26  Office equipment, furnishings, and supplies. | X | | | 0.00 |
| 27  Machinery, fixtures, equipment and supplies used in business. | X | | | 0.00 |
| 28  Inventory. | X | | | 0.00 |
| 29  Animals. | X | | | 0.00 |
| 30  Crops - growing or harvested. Give particulars. | X | | | 0.00 |
| 31  Farming equipment and implements. | X | | | 0.00 |

In re  LISA HALL                                        Case No. _____
    Debtor                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint or Comm- unity | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32   Farm supplies, chemicals and feed. | X | | | 0.00 |
| 33   Other personal property of any kind not already listed. Itemize. | X | | | 0.00 |

_____ continuation sheets attached          Total ➤ | 200.00

(Include amounts from any continuation
sheets attached. Report totals also on
Summary of Schedules.)

In re  LISA HALL                                             Case No. _____
    **Debtor**                                                              **(If known)**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(1):  Exemptions provided in U.S.C. § 522(d). **Note: These exemptions are available only in certain states.**

☑  11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's
domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer
portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety
or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.
All references are to California Code of Civil Procedures unless otherwise noted .

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| ABOUT ME | 703.140(B)(3); | 200.00 | 200.00 |
| | | | |

FORM B6D
(12/03)

In re  LISA HALL          Case No. _____
_____                        (If known)
Debtor

# SCHEDULE D -- CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of security interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marrital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, Community."

If the claim is contingent, place an "X" in the column labeled, "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the totals of all claims listed on the schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding secured claims to report in this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above.) | CODEBTOR | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

____ continuation sheets attached

Subtotal * *      $
(Total of this page)

(Report total also on Summary of Schedules)

In re  LISA HALL
     Debtor

Case No. _____
                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions.) | C O D E B T O R | Hus- band, Wife, Joint or Comm- unity | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

Sheet no. 1 of 1 sheet attached to Schedule of Creditors Holding Priority Claims

Subtotal   ➤ $         0.00
(Total of this page)

In re LISA HALL                                          Case No. _____
**Debtor**                                                            **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled, "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report in this Schedule E.

## TYPES OF PRIORITY CLAIMS  (Check this the appripriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefits plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individual up to $2,100* for deposits for purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Government Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Instution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

\* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___ continuation sheets attached

In re  LISA HALL                                    Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above.) | C O D E B T O R | Husband, Wife, Joint or Comm-unity | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| TEMECULA CA 92591 | | | | | | | |
| ACCOUNT NO. 15453392 | | | Feb. 00 COLLECTION | | | | 1536.00 |
| ARROW FIN SERVICES 5996 W TOUCHY AVE NILES IL 60714 | | | | | | | |
| ACCOUNT NO. 23878293 | | | Mar. 00 COLLECTION | | | | 594.00 |
| ARROW FINANCIAL SERVICE 5996 W TOUHY AVE NILES IL 60714 | | | | | | | |
| ACCOUNT NO. 17588881 | | | Mar. 01 COLLECTION | | | | 520.00 |
| ARROW FINANCIAL SERVICES 5996 W TOUCHY AVE NILES IL 60714 | | | | | | | |
| ACCOUNT NO. 2559878 | | | Jan.00 COLLECTION | | | | 299.00 |
| CALVARY PORTFOLIO SERVICES 4050 E. COTTON CENTER BLVD PHOENIZ AZ 85040 | | | | | | | |
| ACCOUNT NO. 529107158309 | | | Feb.02 CREDITCARD | | | | 386.00 |
| CAPITAL ONE BANK | | | | | | | |

Sheet no. __1__ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal ➤
                                                    (Total of this page)          3835.00

In re  LISA HALL
      **Debtor**

Case No. _____
                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above.) | CODEBTOR | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| P.O BOX 85520 RICHMOND VA 23285 | | | | | | | |
| ACCOUNT NO. 217729 | | | Jan 01 COLLECTION | | | | 2563.00 |
| CREDIT SOLUTIONS CORP 9577 CHESAPEAKE DR SAN DIEGO CA 92123 | | | | | | | |
| ACCOUNT NO. 241712 | | | Jan. 00 COLLECTIONS | | | | 1076.00 |
| CREDIT SOLUTIONS CORP 9577 CHESAPEAKE DR SAN DIEGO CA 92123 | | | | | | | |
| ACCOUNT NO. 422709736151 | | | Dec. 99 CREDIT CARD | | | | 2924.00 |
| CROSS COUNTRY BANK P.O BOX 15371 WILMINGTON DE 19850 | | | | | | | |
| ACCOUNT NO. 5178007319093852 | | | Sept, 05 CREDITCARD | | | | 418.00 |
| FIRST PREMIER BANK 900 W DELAWARE ST SIOUX FALLS SD 57101-0347 | | | | | | | |
| ACCOUNT NO. 4230571616 | | | June/03 MEDICAL BILL | | | | 77.00 |
| IC SYSTEMS | | | | | | | |

Sheet no.  2  of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷
(Total of this page)

| 7058.00 |
|---|

FORM B6F (12/03)

In re  **LISA HALL**
        Debtor

Case No. _____
                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above.) | C O D E B T O R | Husband, Wife, Joint or Comm-unity | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| P.O BOX 64378 ST PAUL MN 55164-0378 | | | | | | | |
| ACCOUNT NO. 450148116 | | | Dec. 01 CREDIT CARD | | | | 790.00 |
| MACYS/ GECCC 9111 DUKE RD MASON OH 45040 | | | | | | | |
| ACCOUNT NO. 611057100 | | | Nov. 00 COLLECTION | | | | 108.00 |
| NCO FIN/99 P.O BOX 41466 PHILADELPHIA PA 19101 | | | | | | | |
| ACCOUNT NO. 22069 | | | Dec. 99 CREDIT CARD | | | | 676.00 |
| NEWPORT NEWS 101 CROSSWAY PARK WEST WOODBURY NY 11797 | | | | | | | |
| ACCOUNT NO. 12089960000369352 | | | 3/05 MEDICAL | | | | 28.00 |
| NORTH COAST COLLECTION 3700 MONTGOMERY DR SANTA ROSA CA 95405 | | | | | | | |
| ACCOUNT NO. 991369352 | | | Feb.03 MEDICAL | | | | 28.00 |
| OAKLAND EASTBAY PRACTICE | | | | | | | |

Sheet no. __3__ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| 1630.00 |
|---|

Case: 05-48260   Doc# 1   Filed: 10/14/05   Entered: 10/14/05 15:33:42   Page 30 of 46

In re  LISA HALL                                          Case No. _____
Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above.) | C O D E B T O R | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 3700 MONTGOMERY ST SANTA ROSA CA 95405 | | | | | | | |
| ACCOUNT NO. WJQ5746109 | | | Mar 00 COLLECTION | | | | 1096.00 |
| PACIFIC GAS AND ELECTRIC P.O BOX 8329 STOCKTON CA 95208 | | | | | | | |
| ACCOUNT NO. 3339065 | | | Dec. 00 CREDIT CARD | | | | 295.00 |
| PIER 1 IMPORTS 9111 DUKE BLVD MASON OH 4540 | | | | | | | |
| ACCOUNT NO. 4392172 | | | Jan. 01 COLLECTION | | | | 73.00 |
| RISK MANAGEMENT 2675 BRECKINRIDGE BLVD DULUTH GA 30096 | | | | | | | |
| ACCOUNT NO. 379703 | | | 12/00 COLLECTION | | | | 163.00 |
| RISK MANAGMT COLLECTION AGENCY 221 MAIN ST STE. 920 SAN FRANCISCO CA 94105 | | | | | | | |

Sheet no. __4__ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢
(Total of this page)

| 1627.00 |
|---|

FORM B6F (12/03)

In re  **LISA HALL**
      **Debtor**

Case No. _____
             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above.) | C O D E B T O R | Husband, Wife, Joint or Comm-unity | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 544RJM04500668433 <br><br> RJM ACQ LLC <br> 575 UNDERHILL BLVD <br> STE. 2 <br> SYOSSET NY 11797 | | | Oct. 99 <br> COLLECTION | | | | 866.00 |
| ACCOUNT NO. 815810577 <br><br> SEVENTH AVENUE <br> 1112 7TH AVE <br> MONROE WI 53566 | | | Dec. 99 <br> CREDIT CARD | | | | 107.00 |
| ACCOUNT NO. 51686 <br><br> SHELL CITIBANK <br> P.O BOX 15687 <br> WILMINGTON DE 19850 | | | Feb.00 <br> COLLECTION | | | | 486.00 |
| ACCOUNT NO. 1150019047028 <br><br> SHERMAN ACQUISTIION <br> P.O BOX 740281 <br> HOUSTON TX 77247 | | | Mar 00 <br> COLLECTION | | | | 1341.00 |
| ACCOUNT NO. 690179 <br><br> STASSINOS LAW OFFICES <br> 5150 SUNRISE BLVD S <br> STE. B6 <br> FAIR OAKS CA 95628 | | | June 01 <br> COLLECTION | | | | 123.00 |

Sheet no. __5__ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| 2923.00 |
|---|

In re  LISA HALL                                    Case No. _____
      **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above.) | C O D E B T O R | Husband, Wife, Joint or Comm-unity | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3640047 <br><br> STASSINOS LAW OFFICES <br> 5150 SUNRISE BLVD <br> STE. B6 <br> FAIR OAKS CA 95628 | | | Feb. 02 <br> COLLECTION | | | | 131.00 |
| ACCOUNT NO. 5770910220693949 <br><br> TX COLLECT INC. DBA CT <br> 2101 W BEN WHITE BLVD <br> AUSTIN TX 78704 | | | Mar. 01 <br> COLLECTIN | | | | 676.00 |
| ACCOUNT NO. 4071760006201979 <br><br> TXCOLLECT, INC. DBA CT <br> 2101 W BEN WHITE BLVC <br> AUSTIN TX 78704 | | | Nov. 00 <br> COLLECTION | | | | 3643.00 |
| ACCOUNT NO. 1101100903 <br><br> UNITED AUTO CREDIT CORP <br> 3990 WESTERLY PL <br> NEWPORT BEACH CA 92660 | | | Aug.05 <br> AUTO | | | | 8122.00 |
| ACCOUNT NO. 5856371016050022 <br><br> WFN DRESS BARN <br> P.O. BOX 182273 <br> COLUMBUS OH 43218-2273 | | | Sept. 05 <br> CREDIT CARD | | | | 306.00 |

Sheet no. __6__ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                      Subtotal ➤ | 12878.00 |

         (Total of this page)

                                                     Total ➤ | 33123.00 |

(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

In re  LISA HALL                                    Case No. _____
_____                              (If known)
        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled, "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report totals of all claims listed on the schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report in this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above.) | CODEBTOR | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7030260000255285 <br><br> AMA COLLECTION SERVICE P.O BOX 579 SAN LEANDRO CA 94577 | | | 2/01 <br> COLLECTION | | | | 2499.00 |
| ACCOUNT NO. 7310160000559406 <br><br> AMA COLLECTION SERVICE P.O BOX 579 SAN LEANDRO CA 94577 | | | Dec. 00 <br> COLLECTION | | | | 256.00 |
| ACCOUNT NO. 1832727 <br><br> AMERICAN CAPITAL ENT 42145 LYNDIE LN STE. 212 TEMECULA CA 92591 | | | June 01 <br> MEDICAL | | | | 242.00 |
| ACCOUNT NO. 1880212 <br><br> AMERICAN CAPITAL ENT 42145 LYNDIE LN STE. 212 | | | March 03 <br> MEDICAL | | | | 175.00 |

_____ continuation sheets attached

Subtotal ➤     3172.00
(Total of this page)

B6G
(10/89)

In re  LISA HALL

Debtor

Case No. _____

(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

**In re** LISA HALL                        Case No. _____

    **Debtor**                                             **(If known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTORS | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re  LISA HALL                                    Case No. _____
       **Debtor**                                              **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status:<br><br>SINGLE | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP | SON<br>SON<br>DAUGHTER | AGE    12<br>11<br>15 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | CLERK | |
| Name of Employer | ATCVANCOM | |
| How long employed | 9YRS | |
| Address of Employer | 1720 BROADWAY | |

**Income:** (Estimate of average monthly income)

|  | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 1700.00 | $ _____ |
| Estimated monthly overtime | $ 0.00 | $ _____ |
| SUBTOTAL | $ 1700.00 | $ _____ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 100.00 | $ _____ |
| b. Insurance | $ 0.00 | $ _____ |
| c. Union dues | $ 0.00 | $ _____ |
| d. Other (Specify): _____ | $ 0.00 | $ _____ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 100.00 | $ _____ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1600.00 | $ _____ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ _____ |
| Income from real property | $ 0.00 | $ _____ |
| Interest and dividends | $ 0.00 | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ _____ |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ _____ |
| Pension or retirement income | $ 0.00 | $ _____ |
| Other monthly income (Specify) _____ | $ 0.00 | $ _____ |
| TOTAL MONTHLY INCOME | $ 1600.00 | $ _____ |

TOTAL COMBINED MONTHLY INCOME  $ _____ 1600.00        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**In re** LISA HALL                          Case No. _____
       **Debtor**                                                       **(If known)**

# SCHEDULE J - CURRENT EXPENDITURE OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (including lot rented for mobile home) | $ | 350.00 |
|     Are real estate taxes included?   Yes _____   No ✓ | | |
|     Is property insurance included?   Yes _____   No ✓ | | |
| Utilities    Electricity and heating fuel | $ | 150.00 |
|     Water and sewer | $ | 80.00 |
|     Telephone | $ | 75.00 |
|     Other _____ | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 290.00 |
| Clothing | $ | 175.00 |
| Laundry and dry cleaning | $ | 200.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | 0.00 |
|     Life | $ | 0.00 |
|     Health | $ | 0.00 |
|     Auto | $ | 0.00 |
|     Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | 0.00 |
|     Other _____ | $ | 0.00 |
|     Other _____ | $ | |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |
| **TOTAL MONTHLY EXPENSE** (Report also on Summary of Schedules) | **$** | **1520.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | _____ |
| B. Total projected monthly expenses | $ | _____ |
| C. Excess income (A minus B) | $ | _____ |
| D. Total amount to be paid into plan each _____ | $ | _____ |
|                         (interval) | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

  LISA HALL

Case No.:

Debtor

---

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of  6        sheets, contains the correct, complete and curent names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED

_____
Signature of Debtor's Attorney or Pro Per Debtor

Seventh Avenue
1112 7th Ave
Monroe WI 53566


Shell Citibank
P.o Box 15687
Wilmington DE 19850


Sherman Acquistiion
P.o Box 740281
Houston TX 77247


Stassinos Law Offices
5150 Sunrise Blvd S
Ste. B6
Fair Oaks CA 95628


Stassinos Law Offices
5150 Sunrise Blvd
Ste. B6
Fair Oaks CA 95628


Tx Collect Inc. Dba Ct
2101 W Ben White Blvd
Austin TX 78704

Oakland Eastbay Practice
3700 Montgomery St
Santa Rosa CA 95405


Pacific Gas And Electric
P.o Box 8329
Stockton CA 95208


Pier 1 Imports
9111 Duke Blvd
Mason OH 4540


Risk Management
2675 Breckinridge Blvd
Duluth GA 30096


Risk Managmt Collection Agency
221 Main St
Ste. 920
San Francisco CA 94105


Rjm Acq Llc
575 Underhill Blvd
Ste. 2
Syosset NY 11797

First Premier Bank
900 W Delaware St
Sioux Falls SD 57101-0347


Ic Systems
P.o Box 64378
St Paul MN 55164-0378


Macys/ Geccc
9111 Duke Rd
Mason OH 45040


Nco Fin/99
P.o Box 41466
Philadelphia PA 19101


Newport News
101 Crossway Park West
Woodbury NY 11797


North Coast Collection
3700 Montgomery Dr
Santa Rosa CA 95405

```
Ama Collection Service
P.o Box 579
San Leandro CA 94577




Ama Collection Service
P.o Box 579
San Leandro CA 94577




American Capital Ent
42145 Lyndie Ln
Ste. 212
Temecula CA 92591




American Capital Ent
42145 Lyndie Ln
Ste. 212
Temecula CA 92591




Arrow Fin Services
5996 W Touchy Ave
Niles IL 60714




Arrow Financial Service
5996 W Touhy Ave
Niles IL 60714
```

Arrow Financial Services
5996 W Touchy Ave
Niles IL 60714


Calvary Portfolio Services
4050 E. Cotton Center Blvd
Phoeniz AZ 85040


Capital One Bank
P.o Box 85520
Richmond VA 23285


Credit Solutions Corp
9577 Chesapeake Dr
San Diego CA 92123


Credit Solutions Corp
9577 Chesapeake Dr
San Diego CA 92123


Cross Country Bank
P.o Box 15371
Wilmington DE 19850

Txcollect, Inc. Dba Ct
2101 W Ben White Blvc
Austin TX 78704


United Auto Credit Corp
3990 Westerly Pl
Newport Beach CA 92660


Wfn Dress Barn
P.o. Box 182273
Columbus OH 43218-2273

**CERTIFICATION OF NON-ATTORNEY BANKRUPTY PETITION PREPARER (Sec. 11 U.S.C. §110)**

Chapter 7 Individual Debtor's Statement of Intention

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Printed or Typed Name of Bankruptcy Petition Preparer

_____

Address

_____

Social Security No.
(Required by 11 U.S.C. § 110(c).)

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each